

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO: 5:25-CR-161-H-BV-1** |
| | § | |
| **JUAN FRANCISCO** | § | |
| **AROS-CORONILLA** | § | |

## REPORT AND RECOMMENDATION ON PLEA OF GUILTY
## BEFORE UNITED STATES MAGISTRATE JUDGE

The defendant, by consent and under the authority of *United States v. Dees,*

125 F.3d 261 (5th Cir. 1997), appeared with counsel for the purpose of entering a plea of

guilty under Rule 11 of the Federal Rules of Criminal Procedure.   This Report and

Recommendation is submitted to the Court under 28 U.S.C. § 636(b)(3).

The defendant was placed under oath and examined in open court regarding

the subjects of Rule 11 of the Federal Rules of Criminal Procedure.   The

defendant was advised about and affirmed his/her understanding of each subject.

Pursuant to a written plea agreement with the government, the defendant pled

guilty to Count One of the Indictment, charging a violation of 8 U.S.C. § 1326(a)

and 6 U.S.C. §§ 202(3), 202(4), and 557—Illegal Reentry After Deportation.

After examining the defendant under oath, I find that:

1. The defendant, with advice of counsel, consented orally and in writing
   to enter this guilty plea before a magistrate judge subject to final
   approval and sentencing by the presiding district judge;

2. The defendant fully understands the nature of the charges, including
   each essential element of the offense(s) charged, and the associated
   penalties;

3. The defendant fully understands the terms of the plea agreement and plea agreement supplement;

4. The defendant understands all his/her constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. The defendant's plea is made freely and voluntarily;

6. The defendant is competent to enter this plea of guilty;

7. There is a factual basis to support this plea; and

8. The ends of justice are served by acceptance of the defendant's plea of guilty.

Based on these findings, I recommend that the defendant's guilty plea be accepted, that the defendant be adjudged guilty, and that sentence be imposed accordingly. Under the terms of his/her written plea agreement, the defendant has agreed to waive a full presentence investigation and issuance of a full presentence investigation report by the United States Probation Office.

Although I have conducted these proceedings, the United States District Judge has the power to review my actions and possesses final decision-making authority. Ordinarily, a defendant must file any objections to the findings or any other action of the magistrate judge within fourteen (14) days. Here, however, the defendant has knowingly and voluntarily waived the objection period in writing.

Signed January 12, 2026.

AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE